

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin Hall

    v.                                                  Civil No. 08-cv-486-JD

Christina O'Brien

### O R D E R

    Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $3.96 is due no later than January 30, 2009. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the Sing Sing Correctional Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                                      James R. Muirhead
                                      United States Magistrate Judge

Date: December 30, 2008

cc:   Kevin Hall, pro se
       Bonnie S. Reed, Financial Administrator
       Sing Sing Correctional Institution, Inmate Accounts