**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Kevin Hall</u>

    v.                                                    Civil No. 08-cv-486-JD

<u>Christina O'Brien</u>

**<u>O R D E R</u>**

Kevin Hall is hereby granted <u>in</u> <u>forma</u> <u>pauperis</u> status.

**SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: April 21, 2009

cc:   Kevin Hall, *pro se*