UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kevin Hall</u>

        v.                        Civil No. 08-cv-486-JD

<u>Christina O'Brien</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 24, 2009, no objection having been filed.

    SO ORDERED.


July 19, 2009                                  <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge


cc:    Kevin Hall, pro se